IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MARTINCIC et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>A.O. SMITH CORPORATION et al.,<br><br>*Defendants.* | Civil Action No. 2:20-cv-958-WSS<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this **1st** day of October 2020, IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand (ECF No. 3) is GRANTED. The case is REMANDED back to the Court of Common Pleas of Allegheny County, Pennsylvania for further proceedings. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE